# EXHIBIT 5

1:21-cv-00447



EXHIBIT 5



EXHIBIT 5



EXHIBIT 5



EXHIBIT 5