# EXHIBIT 7
1:21-cv-00447

00447-RP   Document 1-7   Filed 05/20/21

# Vital Times

NATIONAL EDITION     VOL 13 • ISSUE 1

## 5 Cluckin' Great Tips From the Girls on Grass

### Blast Those Winter Blahs

For our hens, every day is a new opportunity to dash outside and take in all the world has to offer. (Literally! Our girls are voracious eaters, and you can bet they relish every tasty morsel they find in our pastures.)

Even in the winter, Vital Farms hens are boundlessly curious, spending full days outside hunting, foraging and exploring. And while our girls are lucky enough to be surrounded by feathered friends (no social distancing required in the safe bubble of a family farm), when they need some me time, they have plenty of pasture to enjoy solo.

Honestly? Some days we're a little jealous. When we're missing our own flock or normal routine, we try to take a lead from the girls.

Here's what they've taught us:

1. Greet each new day with enthusiasm (even the gloomy ones).
2. Go outside. Every day.
3. Embrace a little dust. (You don't have to bathe in it, but…)
4. Eat fresh food.
5. Get a good night's sleep.

And if all else fails, spend a few minutes watching girls on grass at **vitalfarms.com/farm**. Happy hens never fail to brighten our days!



EXHIBIT 7

Printed on biodegradable paper stock with vegetable-based inks

0447-RP   Document 1-7   Filed 05/20/21

## Naturally Hygge Hens

Without ever stockpiling cuddly blankets or chunky candles, our hens instinctively practice the Danish art of hygge all winter long. Their pasture-raised lifestyle means crisp days spent together enjoying the simple things – tasty grasses, crunchy critters and warm sunshine. As evening falls they rest in the safety and comfort of the barn. Days with friends and cozy nights with not a screen in sight? For hygge inspiration, look no further than the farm on the end of your carton!

## Bird of the Month



Mellow Marcy takes a moment to enjoy a warm pasture sunset before tucking in for the night.

**OUR MISSION** is to bring ethically produced food to the table by coordinating a collection of family farms to operate with a well-defined set of agricultural practices that accentuates the humane treatment of farm animals as the central tenet.



*Do you love cooking with our pasture-raised eggs? Show off your Vital Farms creation on social and tag us!*

@VitalFarms



EXHIBIT 7

Copyright © 2019–2021 by Vital Farms, Inc.   vitalfarms.com

00447-RP   Document 1-7   Filed 05/20/21

# Vital Times

NATIONAL EDITION — VOL 12 • ISSUE 11

## Merry – Early! – and Bright
### Farm Holidays Start at Sun-up

If you know kiddos who can't stay in bed even one more minute, you understand what it's like to holiday with a flock of happy hens! At dawn our girls are ready to get outside, and our farmers are there to help them greet the new day, every day. As the hens do what they love best, farming families across the pasture belt do too.

Kitchens warm with the heat from buttery baking, and frying pans sizzle with farm-fresh eggs. Kids and grandkids pull on rubber boots and run beside pastures, watching the hens enjoy a field of holiday treats. And the warmth extends from farm to community, with some farm families sharing the love by donating eggs to charities, churches and first responders.

When we asked farmers to tell us about their holiday traditions, they laughed. Their holidays were a lot like a normal day, they said – early rising, good eating, time with family, tucking the girls in for the night. In other words, a good day's work made merry – and magical.

This holiday season, our farmers wish you and your family the joy of a simple, meaningful holiday. And we invite you to share the love with your community.



EXHIBIT 7

Printed on biodegradable paper stock with vegetable-based inks

00047.RP : Document 3:7 Filed 05/20/21

# Give a Little!



Though the holidays may look different this year, brightening someone's day can be as simple as eggs, butter and your favorite recipe. This year, we invite you to #BakeItForward in your hometown or wherever you may be. Choose a recipe, bake a batch and gift it. It's that simple! We know a homemade cookie can't replace a warm hug, but we hope it can make the absence of one just a little bit sweeter.



# Bird of the Month



Dynamic Deb is always ready for her close-up!

**OUR MISSION** is to bring ethically produced food to the table by coordinating a collection of family farms to operate with a well-defined set of agricultural practices that accentuates the humane treatment of farm animals as the central tenet.

*Do you love cooking with our pasture-raised eggs? Show off your Vital Farms creation on social and tag us!*

@VitalFarms



EXHIBIT 7

Copyright © 2010–2020 by Vital Farms, Inc.          vitalfarms.com

# Vital Times

NATIONAL EDITION · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · VOL 12 • ISSUE 10

## Girls on Grass – and Gratitude

### Taking Time to Give Thanks

For Vital Farms hens, 2020 has been awesome. Sunshine? Check. Pastures? Check. Dust bathing with friends? Check, check, check. Our girls wake up ready to explore and then, after a full day, sleepy and content, they rest up to do it all over again. We watch them dash into the day with renewed excitement about simple things – a crunchy snack, a wildflower – and it gets us thinking.

What are we thankful for in this crazy, crazy year? It's pretty simple. *You.*

You wrote thank yous – more than 5,000! – to celebrate the work of farmers and crew. You invested in our company and our vision. You inspired our front line to keep working through long days and nights. You motivated us to pack more eggs than we thought possible! You downloaded activity guides and taught your kids about animal welfare. You shared your baking with your neighbors. You grocery shopped for those who couldn't safely do so. You stuck with us. *And* you made it possible for our girls to enjoy the simple pleasures that make life meaningful.

We hope this season brings you quiet moments of thankfulness and simple pleasures all your own!



EXHIBIT 7

Printed on biodegradable paper stock with vegetable-based inks

00447-HR Document 8:7 Filed 05/20/21

## Healthy & Happy

Research suggests that gratitude not only makes us feel better mentally and emotionally, it can improve our physical health as well. More restful sleep, healthier hearts, fewer aches and pains and a stronger immune system are all benefits researchers have seen accompany daily gratitude practices.[1] Sound good? Start your own practice! It can be as simple as mentally thanking people, but the effects of a written thank you (or an especially thankful Vital Times?) can last even longer – up to one month for the sender!

## Bird of the Month



Talented Tiffany dances in the shade, making the most of a beautiful day.



**OUR MISSION** is to bring ethically produced food to the table by coordinating a collection of family farms to operate with a well-defined set of agricultural practices that accentuates the humane treatment of farm animals as the central tenet.

*Do you love cooking with our pasture-raised eggs? Show off your Vital Farms creation on social and tag us!*

 @VitalFarms

EXHIBIT 7

[1] **Source:** greatergood.berkeley.edu/article/item/is_gratitude_good_for_your_health
health.harvard.edu/healthbeat/giving-thanks-can-make-you-happier

Copyright © 2010–2020 by Vital Farms, Inc.    vitalfarms.com

# Vital Times

NATIONAL EDITION     VOL 12 • ISSUE 9

## Friends to Farmers, Help to Hens

### Vital Support from Vital Farms

Our farmers don't choose the Vital Farms life because it's easy. They choose it because they believe in ethical food. And because they want to build a business their whole family can help with, and be proud of.

Their personal commitment deserves our personal support. After all, working with Vital Farms means working day-in, day-out to elevate industry standards, give every girl a healthy, happy outdoor lifestyle and deliver perfectly pasture-raised eggs. So we've created a team just for them!

Our farmer support team helps our farmers do good — and their businesses do well. They safely meet on front porches, socially distanced around dining tables or in the pastures on a regular basis. They check on the girls and make sure our high standards are being met, but they also connect farmers with advice and information to help keep flocks and farms healthy and thriving.

It's pretty simple. Our farmers are invested in animal welfare and doing things the right way. And we're invested in them. By bringing this carton home, you are too. Thank you for helping us take care of the families who take care of our girls.



EXHIBIT 7

*Photo taken pre-COVID-19*

Printed on biodegradable paper stock with vegetable-based inks

00447-RP    Document 3:7   Filed 05/20/21

# Feeling Cooped Up?

Unlike our hens, too many of us are spending too much time stuck inside staring at screens. When we're feeling peckish, we take a tip from our girls and go outside. Even 10-15 minutes of fresh air and sunshine can help humans concentrate better, heal faster and feel happier. And the Vitamin D we can absorb on a sunny day may even help protect against depression, cancer, heart attacks and stroke. Turns out what's good for the girls is good for us too!

# Bird of the Month



**Sophisticated Susan occasionally enjoys a little "me time" away from the rest of the flock.**



> **OUR MISSION** is to bring ethically produced food to the table by coordinating a collection of family farms to operate with a well-defined set of agricultural practices that accentuates the humane treatment of farm animals as the central tenet.

*Do you love cooking with our pasture-raised eggs? Show off your Vital Farms creation on social and tag us!*

@VitalFarms

EXHIBIT 7

Copyright © 2010-2020 by Vital Farms, Inc.    vitalfarms.com

0447-RP   Document 1-7   Filed 05/20/21

# Vital Times

NATIONAL EDITION                    VOL 12  •  ISSUE 8

## Introducing Bough Family Farm

While Trevor spent his youngest years growing up on a dairy farm, he thought farming was behind him. Only after watching documentaries about food production did he and his wife Kelly begin to think their interest in animal welfare could lead to a whole new life.

And then his dad got interested too!

The two generations attended a Vital Farms Farmers Meeting. They bought some land. They did a lot of learning. And then they started Bough Family Farm. Trevor left a career in mechanical engineering behind, and today he and Kelly, their kids and his parents all help out.

Trevor loves that the farm is a family effort and the chance for his kids to learn first-hand how food is made and how to properly care for animals. Every day he's driven by the goal his family has shared since the beginning – for people to see their farm and know it's one of the best. Now that you've heard their story, visit **vitalfarms.com/farm** to type in BFF and see Bough Family Farm for yourself!



EXHIBIT 7

Printed on biodegradable paper stock with vegetable-based inks

## Seeing Double?

Eat enough eggs, and you're bound to come across a double yolk. Some Vital Farms fans have seen multiple double yolkers, and a few very lucky folks have found a dozen double yolkers in one carton! That's most likely because the eggs came from the same young flock, and when younger hens start laying, it takes them a while to perfect the process. Double yolkers happen when two eggs merge together into one big egg, so you're more likely to find them in jumbo cartons. Let us know next time you get a doubly delicious surprise!

## Bird of the Month



**Vibrant Vivian inspects the corners of her pasture for any tasty hidden treasures.**

**OUR MISSION** is to bring ethically produced food to the table by coordinating a collection of family farms to operate with a well-defined set of agricultural practices that accentuates the humane treatment of farm animals as the central tenet.

*Do you love cooking with our pasture-raised eggs? Show off your Vital Farms creation on social and tag us!*



@VitalFarms

EXHIBIT 7

Copyright © 2010–2020 by Vital Farms, Inc.  vitalfarms.com