# EXHIBIT 8
1:21-cv-00447









Instagram

Search

vitalfarms Follow

2,039 posts 105k followers 1,779 following

**Vital Farms**
We bring ethical food to the table
Pasture-Raised Eggs, Butter & Ghee
From Happy #GirlsOnGrass
likeshop.me/vitalfarms

vitalfarms • Follow

**vitalfarms** Our feathered ladies scampering in the shade on this spring Monday

1w

**suellennyc** Thank you to produce such a high quality product! And also to treat the animals how it suppose to be! ♡♡♡

917 likes

MAY 10

Add a comment... Post

EXHIBIT 8

Instagram

Search

vitalfarms Follow

2,039 posts 105k followers 1,779 following

Vital Farms
We bring ethical food to the table
Pasture-Raised Eggs, Butter & Ghee
From Happy #GirlsOnGrass
likeshop.me/vitalfarms

vitalfarms • Follow

vitalfarms Happy #EarthDay! One of our favorite aspects of nature is a pasture full of happy girls who have plenty of space to roam and explore what about you?

Want to celebrate #EarthDay Vital Farms style? Tap our story to see all the ways eggshells can be repurposed, take a virtual field trip to our small family farms, download

4,161 views

APRIL 22

Add a comment... Post

EXHIBIT 8

Instagram

Search

vitalfarms Follow

2,039 posts 105k followers 1,779 following

Vital Farms
We bring ethical food to the table
Pasture-Raised Eggs, Butter & Ghee
From Happy #GirlsOnGrass
likeshop.me/vitalfarms

vitalfarms • Follow

vitalfarms If you know anything about us - you know we're pretty partial to the girls of Vital Farms. So we'd be remiss if we missed the chance to celebrate them a little egg-stra all month long during #NationalChickenMonth
But we've got even better news - we want you to celebrate with us! Starting tomorrow, and continuing throughout the month of

4,427 views

AUGUST 31, 2020

Add a comment... Post

EXHIBIT 8





Instagram

Search

vitalfarms Follow

2,039 posts 105k followers 1,779 following

**Vital Farms**

We bring ethical food to the table

Pasture-Raised Eggs, Butter & Ghee

From Happy #GirlsOnGrass

likeshop.me/vitalfarms

vitalfarms • Follow

**vitalfarms** About every 21 days, we move the girls to a new part of the pasture. This gives the land time to regenerate – which gives the girls fresh greenery and critters to forage on. With 8 paddocks (or parts of the pasture), the girls are able to enjoy all nature has to offer year-round.

Today on story, we're chatting with Murray Schrock from Cedar Gap

590 likes

JULY 20, 2020

Add a comment... Post

EXHIBIT 8

Instagram

Search

vitalfarms Follow

2,039 posts 105k followers 1,779 following

Vital Farms
We bring ethical food to the table
Pasture-Raised Eggs, Butter & Ghee
From Happy #GirlsOnGrass
likeshop.me/vitalfarms

vitalfarms • Follow

vitalfarms While we only have a few Summer Fridays left this year, every day feels like a Summer Friday for our feathered friends! With room to roam, grass to graze, and plenty of sunshine to soak up year-round, our girls know the meaning of work-life balance and Vital Farms knows the meaning of pasture-raised. At Vital Farms, pasture-raised is more than a label on the carton. We hold

470 likes

AUGUST 16, 2019

Add a comment... Post

EXHIBIT 8