IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NICHOLAS A. USLER, JON EVANS, ANDREW ANDRADA, HANNAH VOSSEN, NOAH TANZ, KENNY KIERMAN, CHARLES SANKOWICH, BURCU KARACA, and KARA GOZDE,<br><br>Plaintiffs,<br><br>v.<br><br>VITAL FARMS, INC.,<br><br>Defendant. | § § § § § § § § § § § § § § § | 1:21-CV-447-RP |

**ORDER**

On August 18, 2023, the parties filed a joint motion to stay pending mediation. (Dkt. 99). The parties state that this case should be stayed pending the outcome of an mediation scheduled to take place on September 11, 2023. (*Id.*). The parties argue that the interests of justice and efficiency would be promoted by staying this case. (*Id.*). The parties also request the Court set a status conference after mediation on or after October 15, 2023. (*Id.*).

For good cause shown, the motion to stay, (Dkt. 99), is **GRANTED**. **IT IS ORDERED** that this action is **STAYED** until October 15, 2023.

**IT IS FURTHER ORDERED** that the pending dates on the Amended Scheduling Order, (Dkt. 97), are **VACATED**.

1

The Court will set a status conference, if necessary, following the parties' mediation.

Accordingly, **IT IS ORDERED** that the parties file a notice regarding the outcome of mediation on or before **October 15, 2023**.

**SIGNED** on August 21, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE