IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

NICHOLAS A. USLER, et al.,          §
                                    §
            Plaintiffs,             §
                                    §
v.                                  §          1:21-CV-447-RP
                                    §
VITAL FARMS, INC.,                  §
                                    §
            Defendant.              §

## ORDER

On January 6, 2025, Plaintiffs and Defendant dismissed with prejudice all claims asserted by the parties in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 192). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

SIGNED on January 7, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1